UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENA PFIFER,

   Petitioner,

v.                                      Case No. 5:22cv178-TKW-HTC

PISTRO WARDEN,

   Respondent.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the case be dismissed based on Petitioner's failure to prosecute and failure to comply with Court orders. The Court also agrees that Petitioner is entitled to a return of the $2.00 that she paid in excess of the $5.00 filing fee.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** based on Petitioner's failure to prosecute and failure to comply with Court orders.

3. The clerk shall return the $2.00 overpayment to Petitioner.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 9th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**